Commonwealth *v*. Bortlik, Appellant.

Submitted March 6, 1944. Before KELLER, P. J., BALDRIGE, RHODES, HIRT, KENWORTHEY, RENO and JAMES, JJ.

*Conrad A. Falvello, Russell L. Mervine* and *William Taylor* for appellant.

No one appeared or filed a brief for appellee.

PER CURIAM, March 14, 1944:

This appeal is ruled by our decision in *Com. v. Conte,* 154 Pa. Superior Ct. 112, 35 A. 2d 742, which was based on *West Virginia State Board of Education v. Barnette,* 319 U. S. 624.

On the authority of those cases, the judgment is reversed and the defendant discharged.